Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Kansas**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | **Nathaniel** | **Meghan** |
|  | First name | First name |
|  | **Thomas** | **Michelle** |
|  | Middle name | Middle name |
|  | **Morsches** | **Morsches** |
|  | Last name | Last name |
|  | Suffix (Sr., Jr, II, III) | Suffix (Sr., Jr, II, III) |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and *doing business as* names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

| About Debtor 1 | About Debtor 2 |
|---|---|
| First name | First name |
| Middle name | Middle name |
| Last name | Last name |
| Business name (if applicable) | Business name (if applicable) |
| Business name (if applicable) | Business name (if applicable) |

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

| About Debtor 1 | About Debtor 2 |
|---|---|
| xxx - xx - **5  3  0  4** | xxx - xx - **8  2  7  1** |
| OR | OR |
| **9**xx - xx - ___ ___ ___ | **9**xx - xx - ___ ___ ___ |

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | |
|---|---|---|---|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |

**5.   Where you live**

504 Arrowhead Dr
_____
Number     Street

_____

Lawrence, KS 66049-1849
_____
City                              State      ZIP Code

Douglas
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                              State      ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number     Street

_____

_____
City                              State      ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                              State      ZIP Code

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 2

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11. Do you rent your residence?**

☐ No.  Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case 24-40607   Doc# 1   Filed 08/28/24   Page 3 of 134

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                              State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 4

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard? _____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property? _____

_____
Number          Street

_____
City                                      State        ZIP Code

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 5

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 24-40607    Doc# 1    Filed 08/28/24    Page 6 of 134

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 100-199
☐ 200-999
☐ 50-99
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Nathaniel Thomas Morsches**
Nathaniel Thomas Morsches, Debtor 1
Executed on **08/26/2024**
MM/ DD/ YYYY

X **/s/ Meghan Michelle Morsches**
Meghan Michelle Morsches, Debtor 2
Executed on **08/26/2024**
MM/ DD/ YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**X** /s/ John Robert Hooge _____  Date **08/26/2024** _____
Signature of Attorney for Debtor                   MM / DD / YYYY

**John Robert Hooge** _____
Printed name

**John R. Hooge Attorney at Law, P.A.** _____
Firm name

**2619 W 6th St ste D** _____
Number       Street

_____

**Lawrence** _____  **KS**   **66049** _____
City                                  State    ZIP Code

Contact phone **(785) 842-1138** _____   Email address **jhooge@johnhooge.com** _____

**09798** _____   **KS** _____
Bar number                                       State

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Meghan** | **Michelle** | **Morsches** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

1.1 _____

Street address, if available, or other description

_____

_____

City          State      ZIP Code

_____

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ............................. ➔ | **$0.00** |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Case 24-40607    Doc# 1    Filed 08/28/24    Page 9 of 134

3.1 Make: __Ford__

Model: __Fiesta__

Year: __2016__

Approximate mileage: __115,000__

Other information:

| Source of Value: KBB |
| VIN: 3FADP4BJ6GM189003 |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$6,322.00                    $6,322.00

If you own or have more than one, describe here:

3.2 Make: __Chrysler__

Model: __Pacifica__

Year: __2017__

Approximate mileage: __80,000__

Other information:

| Source of Value: KBB |
| VIN: 2C4RC1BG0HR821020 |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$15,539.00                  $15,539.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1 Make: _____

Model: _____

Year: _____

Other information:

|  |
|  |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

_____            _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................................... ➜  | $21,861.00 |

| **Part 3:** | Describe Your Personal and Household Items |

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**

    *Examples:*  Major appliances, furniture, linens, china, kitchenware

    ☐ No

    ☑ Yes. Describe. .........

| Misc. Household goods and furnishings | $1,500.00 |
|---|---|

7. **Electronics**

    *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No

    ☑ Yes. Describe. .........

| Misc. Electronics | $1,700.00 |
|---|---|

8. **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

| Misc. Clothes | $1,000.00 |
|---|---|

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

| Misc. Jewelry-wedding rings | $1,000.00 |
|---|---|

| | | |
|---|---|---|
| 13. | **Non-farm animals** | |
| | *Examples:*  Dogs, cats, birds, horses | |
| | ☐ No | |
| | ☑ Yes. Describe. ......... | **1 dog, 2 cats and a lizard** |

$0.00

| | | |
|---|---|---|
| 14. | **Any other personal and household items you did not already list, including any health aids you did not list** | |
| | ☐ No | |
| | ☑ Yes. Give specific information. ............. | **CPAP Machine** |

$0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................................................... ➡  | **$5,200.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ..................................................................................................................................... Cash: ...................   **$20.00**

**17.  Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................   Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Bank of America** | **$10.00** |
| 17.2. Savings account: | **Bank of America** | **$10.00** |
| 17.3. Savings account: | **Bank of America** | **$10.00** |

**18.  Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................   Institution or issuer name:

---

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Trader's Cache Enterprises, LLC** | **38.00%** | **unknown** |
| **Trader's Cache, LLC owned by Trader's Cache Enterprises, LLC** | **0.00%** | **unknown** |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them..................

Issuer name:

_____

_____

_____

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **Voya 457 plan** | **$5,000.00** |

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes .....................

| Institution name or individual: | |
|---|---|
| Security deposit on rental unit: **Renaissance Property Management** | **$1,300.00** |

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .....................

Issuer name and description:

_____

_____

_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No

   ☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

   _____    _____

   _____    _____

   _____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No

   ☐ Yes. Give specific
   information about them. ...    [                            ]    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No

   ☐ Yes. Give specific
   information about them. ...    [                            ]    _____

27. **Licenses, franchises, and other general intangibles**

   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☐ No

   ☑ Yes. Give specific
   information about them. ...    [ Health- RN Licenses        ]    **unknown**

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

   ☑ No

   ☐ Yes. Give specific information about
   them, including whether you
   already filed the returns and
   the tax years. ...................    [                    ]    Federal: _____

   State: _____

   Local: _____

29. **Family support**

   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No

   ☐ Yes. Give specific information. ........     _____

31. **Interests in insurance policies**

   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ☑ Yes. Name the insurance company of each policy and list its value. ...

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | **Term Life Insurance (HERS)** | _____ | **$0.00** |
   | **Term Life Insurance (HIS)** | _____ | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☑ No

   ☐ Yes. Give specific information. ........     _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No

   ☐ Yes. Describe each claim. ..............     _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No

   ☐ Yes. Describe each claim. ..............     _____

35. **Any financial assets you did not already list**

   ☑ No

   ☐ Yes. Give specific information. ........     _____

| | | |
|---|---|---|
| 36. | Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................................... ➔ | $6,350.00 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

_____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

_____

41. **Inventory**

☑ No

☐ Yes. Describe. .........

_____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

_____         _____         _____

_____         _____         _____

_____         _____         _____

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...........................................................................................................  �safe  

| $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ......................... _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ......................... _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................................................. ➔ | **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................... ➔ | **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ....................................................................................................................... ➔ | **$0.00**

56. **Part 2: Total vehicles, line 5**                                                  $21,861.00

57. **Part 3: Total personal and household items, line 15**                          $5,200.00

58. **Part 4: Total financial assets, line 36**                                        $6,350.00

59. **Part 5: Total business-related property, line 45**                              $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**                     $0.00

61. **Part 7: Total other property not listed, line 54**                        +     $0.00

62. **Total personal property.** Add lines 56 through 61. ...............  | $33,411.00 | Copy personal property total ➔  | + | $33,411.00

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................... | **$33,411.00** |

| Fill in this information to identify your case: |

**Debtor 1**  **Nathaniel**  **Thomas**  **Morsches**
First Name  Middle Name  Last Name

**Debtor 2**  **Meghan**  **Michelle**  **Morsches**
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of  **Kansas**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2016 Ford Fiesta**<br>VIN: **3FADP4BJ6GM189003**<br>Line from *Schedule A/B*: **3.1** | **$6,322.00** | ☑ **$5,508.47**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(c)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | Nathaniel | Thomas | Morsches | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Meghan | Michelle | Morsches | |
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 Chrysler Pacifica**<br>VIN:<br>**2C4RC1BG0HR821020**<br><br>Line from *Schedule A/B*: **3.2** | $15,539.00 | ☑ $1,935.66<br>☐ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(c)** |
| Brief description: **Misc. Household goods and furnishings**<br><br>Line from *Schedule A/B*: **6** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(a)** |
| Brief description: **Misc. Electronics**<br><br>Line from *Schedule A/B*: **7** | $1,700.00 | ☑ $1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(a)** |
| Brief description: **Misc. Clothes**<br><br>Line from *Schedule A/B*: **11** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(a)** |
| Brief description: **Misc. Jewelry- wedding rings**<br><br>Line from *Schedule A/B*: **12** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(b)** |

Fill in this information to identify your case:

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Meghan** | **Michelle** | **Morsches** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** **Ally Bank**

Creditor's Name

**PO Box 380901**

Number        Street

_____

**Minneapolis, MN 55438**

City        State        ZIP Code

| | Column A | Column B | Column C |
|---|---|---|---|
| Describe the property that secures the claim: | $13,603.34 | $15,539.00 | $0.00 |

**2017 Chrysler Pacifica**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **4   9   2   1**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $13,603.34 |
|---|---|

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page |
|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | | | Do not deduct the value of collateral. | | If any |

**2.2** **Commerce Bank**

Creditor's Name

**PO Box 413658**

Number      Street

_____

**Kansas City, MO 64141-3658**

City      State      ZIP Code

**Describe the property that secures the claim:**

| | Column A | Column B | Column C |
|---|---|---|---|
| **2016 Ford Fiesta** | $813.53 | $6,322.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** **1  0  2  9**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $813.53 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $14,416.87 |

Fill in this information to identify your case:

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Insolvency Administration**

**Po Box 7346**
Number        Street

**Philadelphia, PA 19101-7346**
City             State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| 2.2 | **Kansas Department of Revenue** | Last 4 digits of account number ___ ___ ___ ___ | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Insolvency Administration**

**PO Box 7346**

Number          Street

**Topeka, KS 66601**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | Nathaniel | Thomas | Morsches | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Meghan | Michelle | Morsches | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.1**   **Aaron Paden**

Nonpriority Creditor's Name

**Mainvest**

**1208 Delaware St**

Number      Street

**Lawrence, KS 66044**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$148.59**

**4.2**   **Adam Vainder**

Nonpriority Creditor's Name

**Mainvest**

**2022 Wheaton Haven Ct**

Number      Street

**Silver Spring, MD 20902**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$148.59**

**4.3** Adewale Aliyu

Nonpriority Creditor's Name

**Mainvest**

**3407 Cricket Ln**

Number          Street

**East Walpole, MA 02032**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $1,485.83

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.4** Advent Health

Nonpriority Creditor's Name

**East Frontage Rd ste 200**

Number          Street

**Merriam, KS 66204**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   1   2   4          $136.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | Nathaniel | Thomas | Morsches | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.5** | **Agatha Awuah**

Last 4 digits of account number ___ ___ ___ ___                    $742.91

Nonpriority Creditor's Name

**Mainvest**

When was the debt incurred? _____

**357 Westlind Rd**

Number          Street

**Syracuse, NY 13219**

As of the date you file, the claim is: Check all that apply.

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.6** | **AidVantage**

Last 4 digits of account number   0   9   5   0                    $19,037.22

Nonpriority Creditor's Name

**PO Box 4450**

When was the debt incurred? _____

Number          Street

As of the date you file, the claim is: Check all that apply.

**Portland, OR 97208-4450**

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | Case number *(if known)* _____ |
|----------|---------------|------------|--------------|---------|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.7**  **Alexander Springer**

Nonpriority Creditor's Name

**Mainvest**

**7100 W 74th St**

Number          Street

**Overland Park, KS 66204**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          **$642.91**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.8**  **Angela Skerston**

Nonpriority Creditor's Name

**Mainvest**

**1400 George Ct. 1**

Number          Street

**Lawrence, KS 66044**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          **$1,928.68**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | Case number *(if known)* _____ |
|----------|----------|-----------|-----------|----------|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.9**

**Anthony Bozanich**
Nonpriority Creditor's Name

**Mainvest**

**623 W 170th St Apt 5A**
Number            Street

**New York, NY 10032**
City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___            **$148.59**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.10**

**Anthony Pandino**
Nonpriority Creditor's Name

**Mainvest**

**16045 Woodend Rd**
Number            Street

**Bonner Springs, KS 66012**
City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___            **$445.74**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| Debtor 1 | Nathaniel | Thomas | Morsches | Case number *(if known)* |
|----------|-----------|--------|----------|--------------------------|
| Debtor 2 | Meghan | Michelle | Morsches | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.11 APRIA

Nonpriority Creditor's Name

**PO Box 802826**

Number          Street

**Chicago, IL 60680**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    D  3  7  5          **$260.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.12 April Campbell

Nonpriority Creditor's Name

**Mainvest**

**423 Rene Levy**

Number          Street

**San Antonio, TX 78227**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$257.15**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | Nathaniel | Thomas | Morsches | | Case number *(if known)* | _____ |
|----------|-----------|--------|----------|---|---|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | | | |
| | First Name | Middle Name | Last Name | | | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.13**

**Bank of America**
Nonpriority Creditor's Name

**PO Box 851001**
Number          Street

**Dallas, TX 75285**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  5  6  2  2          **$6,531.90**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

---

**4.14**

**Bank of America**
Nonpriority Creditor's Name

**PO Box 851001**
Number          Street

**Dallas, TX 75285**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  5  9  5  2          **$17,000.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

| Debtor 1 | Nathaniel | Thomas | Morsches | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Meghan | Michelle | Morsches | |
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.15** **Bluevine**

Nonpriority Creditor's Name

**401 Warren Street 300**

Number          Street

**Jersey City, NJ 07302**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Trader's Cache

Last 4 digits of account number  ___ ___ ___ ___          **$58,860.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.16** **Bradley Carpenter**

Nonpriority Creditor's Name

**Mainvest**

**900 N Woodridge Ln**

Number          Street

**Liberty, MO 64068**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$8,914.78**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.17** **Brandon Gentry**

Nonpriority Creditor's Name

**Mainvest**

**2912 Fleet Dr. Apt 2**

Number          Street

**Austin, TX 78748**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$297.18

**4.18** **Brandon Volz**

Nonpriority Creditor's Name

**Mainvest**

**1634 Bob White Dr**

Number          Street

**Lawrence, KS 66047**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$642.91

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.19   **Breian Wells**

Nonpriority Creditor's Name

**Mainvest**

**11744 W 81st Ave**

Number      Street

**Arvada, CO 80005**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Total claim: $445.75**

### 4.20   **Brennan Clark**

Nonpriority Creditor's Name

**Mainvest**

**4221 Saddlehorn Dr.**

Number      Street

**Lawrence, KS 66049**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Total claim: $7,428.98**

**Part 2:** **Your NONPRIORITY Unsecured Claims − Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.21**  **Brent Horner**                                                          **$554.30**

Nonpriority Creditor's Name

**Mainvest**

**40 Pine Cone Way**

Number              Street

**Boise, ID 83716**

City                    State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.22**  **Brent Jones**                                                           **$642.91**

Nonpriority Creditor's Name

**Mainvest**

**2605 Poppy Dr**

Number              Street

**Loveland, OH 45140**

City                    State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | Total claim |
|---|---|

**4.23** **Brian Alfers** — Last 4 digits of account number ___ ___ ___ ___ — $275.15

Nonpriority Creditor's Name

**Mainvest**

**901 Avalon Rd Apt M**
Number          Street

**Lawrence, KS 66044**
City          State          ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.24** **Brian Edwards** — Last 4 digits of account number ___ ___ ___ ___ — $148.59

Nonpriority Creditor's Name

**Mainvest**

**303 S Broadway Ave**
Number          Street

**Wichita, KS 67202**
City          State          ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | Case number *(if known)* _____ |
|----------|-----------|-----------|----------|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.25**

**Brianna McCarty**
_____
Nonpriority Creditor's Name

**Mainvest**
_____

**14 Sterling Pl Fl 3**
_____
Number          Street

**Brooklyn, NY 11217**
_____
City               State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$1,285.78**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.26**

**Carl Onuchovsky**
_____
Nonpriority Creditor's Name

**Mainvest**
_____

**20 Sycamore Dr**
_____
Number          Street

**Medford, NJ 08055**
_____
City               State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$128.59**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| Debtor 1 | Nathaniel | Thomas | Morsches | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Meghan | Michelle | Morsches | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.27**

**Chad Beatty**
Nonpriority Creditor's Name

**Mainvest**

**3414 Trail Rd**
Number          Street

**Lawrence, KS 66049**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $257.15

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.28**

**Chad Fridley**
Nonpriority Creditor's Name

**Mainvest**

**7874 Graves St**
Number          Street

**Fort Riley, KS 66442**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $385.75

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | |
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.29**    Charles Morris                                     Last 4 digits of account number  ___ ___ ___ ___         $148.59

Nonpriority Creditor's Name

**Mainvest**

When was the debt incurred?  _____

**7557 Stoney Run Dr Unit 301**

Number          Street                                          **As of the date you file, the claim is:** Check all that apply.

**Hanover, MD 21076**                                         ☐ Contingent
City              State          ZIP Code                      ☐ Unliquidated
                                                              ☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                               **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                               ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ At least one of the debtors and another                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**             ☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.30**    Charles Sheppard                                   Last 4 digits of account number  ___ ___ ___ ___         $148.59

Nonpriority Creditor's Name

**Mainvest**

When was the debt incurred?  _____

**717 Ann Ave**

Number          Street                                          **As of the date you file, the claim is:** Check all that apply.

**Harrisonville, MO 64701**                                    ☐ Contingent
City              State          ZIP Code                      ☐ Unliquidated
                                                              ☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                               **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                               ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ At least one of the debtors and another                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**             ☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.31**    Children's Mercy                                   Last 4 digits of account number  ___ ___ ___ ___         $192.00

Nonpriority Creditor's Name

**PO Box 804435**

When was the debt incurred?  _____

Number          Street

                                                              **As of the date you file, the claim is:** Check all that apply.

**Kansas City, MO 64108**                                     ☐ Contingent
City              State          ZIP Code                      ☐ Unliquidated
                                                              ☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only                                               **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                               ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**             ☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.32**

**Christopher Mann**
Nonpriority Creditor's Name

**Mainvest**

**5835 Robinson Dr**
Number          Street

**Lawrence, KS 66049**
City                State              ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $1,285.78

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.33**

**Citibank**
Nonpriority Creditor's Name

**PO Box 78045**
Number          Street

**Phoenix, AZ 85062**
City                State              ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2   0   0   1**          $15,472.00

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.34**

**Colin Fredericks**
Nonpriority Creditor's Name

**Mainvest**

**32 Regent Rd**
Number          Street

**Malden, MA 02148**
City                State              ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $742.91

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.35**

**Colin Schafer**
Nonpriority Creditor's Name

**Mainvest**

**24 Station Rd**
Number          Street

**Salem, MA 01970**
City                State              ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number ___ ___ ___ ___          $297.15

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.36 | **Craig Smith** | Last 4 digits of account number ___ ___ ___ ___ | $1,285.78 |

Nonpriority Creditor's Name
**Mainvest**

**9142 Richmond Hwy. 429**
Number          Street

**Fort Belvoir, VA 22060**
City          State          ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.37 | **Crystal Patterson** | Last 4 digits of account number ___ ___ ___ ___ | $148.59 |

Nonpriority Creditor's Name
**Mainvest**

**317 Settlers Dr**
Number          Street

**Lawrence, KS 66049**
City          State          ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.38 | **Daniel Ring** | Last 4 digits of account number ___ ___ ___ ___ | $297.18 |

Nonpriority Creditor's Name
**Mainvest**

**4932 Arctic Ter**
Number          Street

**Rockville, MD 20853**
City          State          ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.39 | **Darrius Thompson** | Last 4 digits of account number ___ ___ ___ ___ | $1,028.66 |

Nonpriority Creditor's Name
**Mainvest**

**1366 Saint Johns Pl**

Number          Street

**Brooklyn, NY 11213**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.40 | **David Barfield** | Last 4 digits of account number ___ ___ ___ ___ | $14,857.99 |

Nonpriority Creditor's Name

**Mainvest**

**1481 E 660th Rd**

Number          Street

**Lawrence, KS 66049**

City          State          ZIP Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.41 | **Dawn-Marie Black** | Last 4 digits of account number ___ ___ ___ ___ | $1,285.78 |

Nonpriority Creditor's Name

**Mainvest**

**3704 Highway K 68**

Number          Street

**Ottawa, KS 66067**

City          State          ZIP Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.42 | **Deanna Fisher** | Last 4 digits of account number ___ ___ ___ ___ | $128.59 |

Nonpriority Creditor's Name

**Mainvest**

**1032 Saint Pauls Dr**

Number          Street

**Waldorf, MD 20602**

City          State          ZIP Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.43** | **Derrick Jones**

Nonpriority Creditor's Name

**Mainvest**

**8920 Cuevita Oeste Dr NE**

Number          Street

**Albuquerque, NM 87122**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __ | **$742.91**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.44** | **Drew Salsbury**

Nonpriority Creditor's Name

**Mainvest**

**308 S Lincoln St**

Number          Street

**Marion, KS 66861**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __ | **$1,485.78**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.45** | **Edward Shannon**

Nonpriority Creditor's Name

**Mainvest**

**265 N Schiller St**

Number          Street

**Palatine, IL 60067**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __ | **$148.59**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.46** | **Elijah De Vougas**

Nonpriority Creditor's Name

**Mainvest**

**4220 Hutchinson River Pkwy E**

Number          Street

**Bronx, NY 10475**

City          State          ZIP Code

**Last 4 digits of account number** __ __ __ __ | **$385.75**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.47 | |
|---|---|

**EMBCC Patient Services**

Nonpriority Creditor's Name

**Po Box 650763**

Number          Street

**Dallas, TX 75265-0763**

City          State          ZIP Code

**Last 4 digits of account number**   5  0  6  5          **$2,089.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.48 | |
|---|---|

**Emily Casey**

Nonpriority Creditor's Name

**Mainvest**

**2310 Orchard Ln**

Number          Street

**Lawrence, KS 66049**

City          State          ZIP Code

**Last 4 digits of account number**   ___ ___ ___ ___          **$297.15**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.49 | |
|---|---|

**Eric Dowdle**

Nonpriority Creditor's Name

**Mainvest**

**89 Devir St**

Number          Street

**Malden, MA 02148**

City          State          ZIP Code

**Last 4 digits of account number**   ___ ___ ___ ___          **$1,188.64**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.50**

**Eric Huerter**

Nonpriority Creditor's Name

**Mainvest**

**4031 W 14th St**

Number          Street

**Lawrence, KS 66049**

City                State                ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___                    $128.59

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.51**

**Eric Moore**

Nonpriority Creditor's Name

**Mainvest**

**3336 W 8th St**

Number          Street

**Lawrence, KS 66049**

City                State                ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___                    $297.15

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.52**

**Eric Reid**

Nonpriority Creditor's Name

**Mainvest**

**17281 S Kimble St**

Number          Street

**Olathe, KS 66062**

City                State                ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___                    $445.75

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.53**

**Erick Gabriel Suarez Nunez**

Nonpriority Creditor's Name

**Mainvest**

**429 Jackson Ave Apt 2**

Number          Street

**Redwood City, CA 94061**

City                State                ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number   ___ ___ ___ ___                    $148.59

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.54** **Felicia Afuan**

Nonpriority Creditor's Name

**Mainvest**

**3600 S Glebe Rd unit 918**
Number          Street

**Arlington, VA 22202**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $1,485.78

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.55** **Grant Holmes**

Nonpriority Creditor's Name

**Mainvest**

**1444 Iron St.**
Number          Street

**Bellingham, WA 98225**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $1,285.78

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.56** **Greg Briggs**

Nonpriority Creditor's Name

**Mainvest**

**9397 Springfield Rd**
Number          Street

**Tremont, IL 61568**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $148.59

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.57** **Gregory Lellis**

Nonpriority Creditor's Name

**Mainvest**

Last 4 digits of account number  ___ ___ ___ ___          $148.59

When was the debt incurred?

Case 24-40607     Downloaded from     Filed 06/20/24     Page 47 of 134

**207 Castlepointe Ct Unit 307**

Number | Street

**Weaverville, NC 28787**

City | State | ZIP Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.58**

**Hari Akula**

Nonpriority Creditor's Name

**Mainvest**

**13710 Maple Sugar Ln**

Number | Street

**Herndon, VA 20171**

City | State | ZIP Code

Last 4 digits of account number  ___  ___  ___  ___          **$6,428.98**

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.59**

**Heartland Community Health Center**

Nonpriority Creditor's Name

**1312 W 6th ST**

Number | Street

**Lawrence, KS 66044**

City | State | ZIP Code

Last 4 digits of account number  **6   6   2   2**          **$407.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.60**

**Heartland Community Health Center**

Nonpriority Creditor's Name

**1312 W 6th ST**

Number | Street

**Lawrence, KS 66044**

City | State | ZIP Code

Last 4 digits of account number  **6   6   2   1**          **$284.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.61 | Helianis Quijada Salazar | Last 4 digits of account number ___ ___ ___ ___ | $148.59 |

Nonpriority Creditor's Name
**Mainvest**

**When was the debt incurred?** _____

**411 15th St Apt K**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Brooklyn, NY 11215**

City          State          ZIP Code

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.62 | Ian Wellinghurst | Last 4 digits of account number ___ ___ ___ ___ | $148.59 |

Nonpriority Creditor's Name
**Mainvest**

**When was the debt incurred?** _____

**8 Garden St**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Tequesta, FL 33469**

City          State          ZIP Code

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.63 | Irene Soderstrom | Last 4 digits of account number ___ ___ ___ ___ | $891.48 |

Nonpriority Creditor's Name
**Mainvest**

**When was the debt incurred?** _____

**2961 Whitmore Dr.**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Lawrence, KS 66046**

City          State          ZIP Code

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.64 | Jack Carroll | Last 4 digits of account number ___ ___ ___ ___ | $148.59 |

Nonpriority Creditor's Name
**Mainvest**

**When was the debt incurred?** _____

**5849 Prince George Ct**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Saint Louis, MO 63139**

City          State          ZIP Code

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

| 4.65 | **Jack Plumley** | | Last 4 digits of account number __ __ __ __ | | $128.59 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Mainvest**

**When was the debt incurred?** _____

**12004 Terra Ln**

Number           Street

**As of the date you file, the claim is:** Check all that apply.

**Bowie, MD 20715**

City             State             ZIP Code

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 4.66 | **Jacob Larson** | | Last 4 digits of account number __ __ __ __ | | $385.75 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Mainvest**

**When was the debt incurred?** _____

**1414 Connecticut**

Number           Street

**As of the date you file, the claim is:** Check all that apply.

**Lawrence, KS 66044**

City             State             ZIP Code

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 4.67 | **James Coffman** | | Last 4 digits of account number __ __ __ __ | | $742.91 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Mainvest**

**When was the debt incurred?** _____

**806 Maple St**

Number           Street

**As of the date you file, the claim is:** Check all that apply.

**Eudora, KS 66025**

City             State             ZIP Code

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**4.68**

James Leppert

Nonpriority Creditor's Name

**Mainview**

**55 Forrester St**

Number                Street

**Salem, MA 01970**

City                State                ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $742.90

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.69**

Jamie Rees

Nonpriority Creditor's Name

**Mainview**

**751 Lawrence Ave**

Number                Street

**Lawrence, KS 66049**

City                State                ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $385.75

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.70**

Jane Elliott

Nonpriority Creditor's Name

**Mainview**

**3031 Oxford Cir**

Number                Street

**Lawrence, KS 66049**

City                State                ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $128.59

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.71**

Janis Pool

Nonpriority Creditor's Name

**Mainview**

**3504 W 7th Ct**

Number                Street

**Lawrence, KS 66049**

City                State                ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number  ___ ___ ___ ___          $891.50

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.72**

**January Batcheler**
Nonpriority Creditor's Name

**Mainvest**

**2493 W Fredrickson Dr**
Number        Street

**Olathe, KS 66061**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                $128.59

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.73**

**Jason Kropp**
Nonpriority Creditor's Name

**Mainvest**

**2642 28th St Apt 1**
Number        Street

**Astoria, NY 11102**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                $297.15

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.74**

**Jason Norris**
Nonpriority Creditor's Name

**Mainvest**

**2308 Ziner Cir S**
Number        Street

**Grove City, OH 43123**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                $742.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.75**

**Jeremy Robbins**
Nonpriority Creditor's Name

**647 Country Club Terr.**

Last 4 digits of account number   8   9   3   3                $548.00

When was the debt incurred?

Case 24-40607   Downloaded from Document 1   Page 52 of 134

Number          Street

Lawrence, KS 66049
City            State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.76 | Joanna Tefft | Last 4 digits of account number ___ ___ ___ ___ | $297.15 |

Nonpriority Creditor's Name

Mainvest

When was the debt incurred? _____

1333 E 1600 Rd
Number          Street

Lawrence, KS 66046
City            State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.77 | John Figgs-hoard | Last 4 digits of account number ___ ___ ___ ___ | $297.15 |

Nonpriority Creditor's Name

Mainvest

When was the debt incurred? _____

2457 Alabama St
Number          Street

Lawrence, KS 66046
City            State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.78 | John Harris | Last 4 digits of account number ___ ___ ___ ___ | $128.59 |

Nonpriority Creditor's Name

Mainvest

When was the debt incurred? _____

1712 E 25th Ter
Number          Street

Lawrence, KS 66046
City            State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.79** | **John Snow** | Last 4 digits of account number ___ ___ ___ ___ | **$1,385.82**

Nonpriority Creditor's Name

**Mainvest**

When was the debt incurred?

**9072 Little Garden Way**

Number          Street

As of the date you file, the claim is: Check all that apply.

**Mechanicsville, VA 23116**

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.80** | **John Stevens** | Last 4 digits of account number ___ ___ ___ ___ | **$445.77**

Nonpriority Creditor's Name

**Mainvest**

When was the debt incurred?

**642 President St 1L**

Number          Street

As of the date you file, the claim is: Check all that apply.

**Brooklyn, NY 11215**

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.81** | **Jonathan Williams** | Last 4 digits of account number ___ ___ ___ ___ | **$148.59**

Nonpriority Creditor's Name

**Mainvest**

When was the debt incurred?

**493 Lincoln Pl**

Number          Street

As of the date you file, the claim is: Check all that apply.

**Brooklyn, NY 11238**

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.82** | **Jordan Emerson** | Last 4 digits of account number ___ ___ ___ ___ | **$148.59**

Nonpriority Creditor's Name

**Mainvest**

When was the debt incurred?

**1578 N Hunter Dr**

Number          Street

As of the date you file, the claim is: Check all that apply.

**Olathe, KS 66061**

City          State          ZIP Code

☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.83** | **Julie Sailors** | Last 4 digits of account number ___ ___ ___ ___ | **$148.59**

Nonpriority Creditor's Name

**Mainvest**

**2328 Brett Dr**

Number            Street

**Lawrence, KS 66049**

City            State            ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.84** | **Justin Kimbler** | Last 4 digits of account number ___ ___ ___ ___ | **$148.59**

Nonpriority Creditor's Name

**Mainvest**

**12211 Seven Hills Ln**

Number            Street

**Clifton, VA 20124**

City            State            ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.85** | **Kaliesha Pollard** | Last 4 digits of account number ___ ___ ___ ___ | **$148.59**

Nonpriority Creditor's Name

**Mainvest**

**8700 Gustine Ln Apt 2806**

Number            Street

**Houston, TX 77031**

City            State            ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**4.86**

**Kansas Medical Clinic**

Nonpriority Creditor's Name

**PO Box 255**

Number | Street

**Manhattan, KS 66503**

City | State | ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   4   7   7   7     **$348.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.87**

**Katherine Stephenson**

Nonpriority Creditor's Name

**Mainvest**

**1341 Pennsylvania St**

Number | Street

**Lawrence, KS 66044**

City | State | ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___     **$297.15**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.88**

**Keegan Lowry**

Nonpriority Creditor's Name

**Mainvest**

**14017 Fontana St**

Number | Street

**Leawood, KS 66224**

City | State | ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___     **$257.15**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.89**

**Kendo & Kaichi LLC**

Nonpriority Creditor's Name

**Mainvest**

**1309 Coffeen Ave Ste 1200**

Number | Street

**Sheridan, WY 82801**

City | State | ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only

Last 4 digits of account number   ___ ___ ___ ___     **$297.18**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans

Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.90 | **Kenneth Kauffman** | Last 4 digits of account number ___ ___ ___ ___ | $297.18 |

Nonpriority Creditor's Name

**Mainvest**

**7116 W Morgan Ave.**

Number          Street

**Hutchinson, KS 67501**

City          State          ZIP Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.91 | **Kevin Boisclair** | Last 4 digits of account number ___ ___ ___ ___ | $1,485.78 |

Nonpriority Creditor's Name

**Mainvest**

**162 Christopher St**

Number          Street

**New York, NY 10014**

City          State          ZIP Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.92 | **Kevin King** | Last 4 digits of account number ___ ___ ___ ___ | $1,188.64 |

Nonpriority Creditor's Name

**Mainvest**

**18796 Birdwood Ct**

Number          Street

**Leesburg, VA 20176**

City          State          ZIP Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.93 | **Kevin McIntyre** | Last 4 digits of account number ___ ___ ___ ___ | $128.59 |

Nonpriority Creditor's Name

**Mainvest**

**5401 W 134th St Apt 1015**

Number      Street

**Overland Park, KS 66209**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.94 | **Kindred CPA, LLC** | Last 4 digits of account number   7   5   9   2 | $740.00 |

Nonpriority Creditor's Name

**221 E 8th Street Ste A**

Number      Street

**When was the debt incurred?** _____

**Lawrence, KS 66044**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.95 | **Kristen Rhoads** | Last 4 digits of account number   __ __ __ __ | $297.18 |

Nonpriority Creditor's Name

**Mainvest**

**1980 N 1250th Rd**

Number      Street

**When was the debt incurred?** _____

**Eudora, KS 66025**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.96 | **Laurie Daviau** | Last 4 digits of account number   __ __ __ __ | $742.91 |

Nonpriority Creditor's Name

**Mainvest**

**1002 Village River Dr**

Number      Street

**When was the debt incurred?** _____

**Knightdale, NC 27545**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 4.97 | | | |
|---|---|---|---|

**Lawrence Anesthesia PA**

Nonpriority Creditor's Name

**PO Box 545**

Number          Street

**Lawrence, KS 66044**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    1   3   4   1          $379.11

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.98 | | | |
|---|---|---|---|

**Lawrence Anesthesia PA**

Nonpriority Creditor's Name

**330 Arkansas Street 210**

Number          Street

**Lawrence, KS 66044**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    0   0   3   1          $320.38

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.99 | | | |
|---|---|---|---|

**Lawrence Clinical Laboratory Chartered**

Nonpriority Creditor's Name

**325 Main Street**

Number          Street

**Lawrence, KS 66044**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    8   0   6   4          $332.00

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.100 | | | |
|---|---|---|---|

**Lawrence Emergency Medical Associates**

Nonpriority Creditor's Name

**PO Box 269031**

Number          Street

**Oklahoma City, OK 73126**

City          State          ZIP Code

Last 4 digits of account number    3   2   6   7          $1,518.00

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.101 | | |
|---|---|---|
| **Lawrence Emergency Medical Associates** | Last 4 digits of account number   **2   9   8   6** | $147.63 |

Nonpriority Creditor's Name

**PO Box 269031**

Number     Street

**Oklahoma City, OK 73126**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.102 | | |
|---|---|---|
| **Leah Larson** | Last 4 digits of account number   ___ ___ ___ ___ | $297.15 |

Nonpriority Creditor's Name

**Mainvest**

**1715 Vermont St**

Number     Street

**Lawrence, KS 66044**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.103 | | |
|---|---|---|
| **LMH Health** | Last 4 digits of account number   **1   0   0   9** | $7,695.00 |

Nonpriority Creditor's Name

**325 Maine**

Number     Street

**Lawrence, KS 66044**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.104**

**LMH Health**
Nonpriority Creditor's Name

**325 Maine**
Number          Street

**Lawrence, KS 66044**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** multiple account numbers

Last 4 digits of account number    5    3    0    4          $2,216.25

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

---

**4.105**

**LMH Health**
Nonpriority Creditor's Name

**PO Box 15025**
Number          Street

**Lenexa, KS 66285**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0    3    8    2          $6,957.00

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

---

**4.106**

**Lynn Porfirio**
Nonpriority Creditor's Name

**Mainvest**

**17126 Stone Stile Dr**
Number          Street

**Friendswood, TX 77546**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___          $128.59

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

---

**4.107**

**Marc Barr**
Nonpriority Creditor's Name

**Mainvest**

**265 Edie Rd**
Number          Street

**Saratoga Springs, NY 12866**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only

Last 4 digits of account number    ___  ___  ___  ___          $742.91

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.108 | | |
|---|---|---|

**Matt Borger** | Last 4 digits of account number __ __ __ __ | **$385.75**

Nonpriority Creditor's Name

**Mainvest** | **When was the debt incurred?** _____

**960 N Clinton St**

Number        Street | **As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated

**Olathe, KS 66061**

City        State        ZIP Code | ☑ Disputed

**Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.109 | | |
|---|---|---|

**Megan Elliott** | Last 4 digits of account number __ __ __ __ | **$297.18**

Nonpriority Creditor's Name

**Mainvest** | **When was the debt incurred?** _____

**43241 Stonewall Pond St**

Number        Street | **As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated

**Chantilly, VA 20152**

City        State        ZIP Code | ☑ Disputed

**Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.110 | | |
|---|---|---|

**Micah Blake** | Last 4 digits of account number __ __ __ __ | **$514.32**

Nonpriority Creditor's Name

**Mainvest** | **When was the debt incurred?** _____

**11708 W 69th Ter**

Number        Street | **As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated

**Shawnee, KS 66203**

City        State        ZIP Code | ☑ Disputed

**Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.111 | | |
|---|---|---|

**Michael Dymond** | Last 4 digits of account number | **$4,457.39**

Nonpriority Creditor's Name

**Mainvest** | When was the debt incurred?

42290 Brownstone Dr

Number            Street

Novi, MI 48377

City               State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.112 | Michael Miller | | Last 4 digits of account number ___ ___ ___ ___ | $148.59 |

Nonpriority Creditor's Name

Mainvest

When was the debt incurred? _____

3008 Ozark Cir

Number            Street

Chattanooga, TN 37415

City               State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.113 | Midland Group | | Last 4 digits of account number  7  0  4  8 | $3,700.00 |

Nonpriority Creditor's Name

PO Box 3570

Number            Street

When was the debt incurred? _____

Lawrence, KS 66046

City               State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.114 | Mike Inich | | Last 4 digits of account number ___ ___ ___ ___ | $514.32 |

Nonpriority Creditor's Name

Mainvest

When was the debt incurred? _____

16209 Margie Ln

Number            Street

Basehor, KS 66007

City               State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.115**

| | |
|---|---|
| **Miranda Kersten** | $257.18 |
| Nonpriority Creditor's Name | |
| **Mainvest** | |

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**5408 El Encanto Pl NE**

Number          Street

**Albuquerque, NM 87110**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.116**

| | |
|---|---|
| **Nels Wadycki** | $148.59 |
| Nonpriority Creditor's Name | |
| **Mainvest** | |

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**3843 N Hamilin Ave**

Number          Street

**Chicago, IL 60618**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.117**

| | |
|---|---|
| **Noah Hosford** | $297.15 |
| Nonpriority Creditor's Name | |
| **Mainvest** | |

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**900 Delaware St Apt 401**

Number          Street

**Lawrence, KS 66044**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.118**

| | |
|---|---|
| **Oather Strawderman** | $148.59 |
| Nonpriority Creditor's Name | |
| **Mainvest** | |

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**524 Boulder st**

Number          Street

**Lawrence, KS 66049**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.119**

**Patrick Patrick**

Nonpriority Creditor's Name

**Mainvest**

**PO Box 957**

Number          Street

**Provincetown, MA 02657**

City                State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___          $148.59

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.120**

**Paul Adams**

Nonpriority Creditor's Name

**Mainvest**

**204 Weston Dr.**

Number          Street

**Liberty Hill, TX 78642**

City                State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___          $6,428.98

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.121**

**Pendrick Capital Partners, LLC**

Nonpriority Creditor's Name

**2331 Mil Rd**

Number          Street

**Alexandria, VA 22314**

City                State          ZIP Code

Last 4 digits of account number  4  7  4  5          $2,089.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Remarks:** Original Creditor: South Arkansas Emergency Physicians, LLP (Medical Center of South Arkansas)

**4.122**

**Quest Diagnostics**

Nonpriority Creditor's Name

**PO Box 740780**

Number          Street

**Cincinnati, OH 45274**

City          State          ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   8   0   1   3          $15.85

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

---

**4.123**

**Radiologic Professional Services**

Nonpriority Creditor's Name

**Po Box 1103**

Number          Street

**Wichita, KS 67201-1103**

City          State          ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   2   5   6          $50.00

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

---

**4.124**

**Radiology Associates**

Nonpriority Creditor's Name

**PO Box 162790**

Number          Street

**Altamonte Springs, FL 32716**

City          State          ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   D   A   R   A          $143.50

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

---

**4.125**

**Rae Hudspeth**

Nonpriority Creditor's Name

**Mainvest**

**2203 Kingston Dr**

Number          Street

**Lawrence, KS 66049**

City          State          ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only

**Last 4 digits of account number**   ___ ___ ___ ___          $257.15

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.126**

**Rayelle Miller**      **$2,228.73**

Nonpriority Creditor's Name

**Mainvest**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**766 Fairfax Ave.**

Number    Street

**Oregon, WI 53575**

City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.127**

**Rebecca Dice**      **$642.91**

Nonpriority Creditor's Name

**Mainvest**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**1306 Juniper Ct**

Number    Street

**Eudora, KS 66025**

City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.128**

**Renee Babin**      **$148.59**

Nonpriority Creditor's Name

**Mainvest**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**PO Box 1978**

Number    Street

**Lawrence, KS 66044**

City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.129**

**Robert Hollowell**      **$257.15**

Nonpriority Creditor's Name

**Mainvest**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**14 Dartmouth Dr**

Number                    Street

**Lewes, DE 19958**

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.130 | **Roxanne Rachlin** | Last 4 digits of account number ___ ___ ___ ___ | **$128.59** |

Nonpriority Creditor's Name

**Mainvest**

**530 Pioneer Rd**

Number                    Street

**Lawrence, KS 66049**

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.131 | **Rudy Rodriguez** | Last 4 digits of account number ___ ___ ___ ___ | **$148.59** |

Nonpriority Creditor's Name

**Mainvest**

**10802 W 49th St**

Number                    Street

**Shawnee, KS 66203**

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.132 | **Ryan Wojciechowski** | Last 4 digits of account number ___ ___ ___ ___ | **$128.59** |

Nonpriority Creditor's Name

**Mainvest**

**327 N Marshall St**

Number                    Street

**Allentown, PA 18104**

City            State            ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.133**

**SBA Economic Injury Disaster Loan**
Nonpriority Creditor's Name

**US Small Business Administration**

**10675 Bedford Ave ste 100 Suite 100**
Number          Street

**Omaha, NE 68127**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7  8  0  6          $1,230,700.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.134**

**Scott Kemme**
Nonpriority Creditor's Name

**Mainvest**

**318 E 19th St**
Number          Street

**Lawrence, KS 66046**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          $128.59

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.135**

**Sean Fulton**
Nonpriority Creditor's Name

**Mainvest**

**15600 Kassler St**
Number          Street

**Overland Park, KS 66221**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          $642.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.136**

**Sean Gordon**
Nonpriority Creditor's Name

**Mainvest**

**1102 Hopewell Rd**
Number          Street

**Downingtown, PA 19335**
City          State          ZIP Code

Last 4 digits of account number    ___ ___ ___ ___          $1,485.78

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.137** Sean Navarro

Nonpriority Creditor's Name

**Mainvest**

**620 Stonegate Ct**
Number          Street

**Lawrence, KS 66049**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $742.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.138** Sheila Metzger

Nonpriority Creditor's Name

**Mainvest**

**3529 N Halstead St**
Number          Street

**Hutchinson, KS 67502**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $385.75

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.139** Siloam Springs Regional Hospital

Nonpriority Creditor's Name

**PO Box 842393**
Number          Street

**San Antonio, TX 78284**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   9   4   4   2          $7,553.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.140**

**Steven Davis**
Nonpriority Creditor's Name

**Mainvest**

**1946 Kensington Dr**
Number          Street

**Leavenworth, KS 66048**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $275.15

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.141**

**Steven Litavsky**
Nonpriority Creditor's Name

**Mainvest**

**71 Citation Dr**
Number          Street

**Henrietta, NY 14467**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $148.59

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.142**

**Thien Nguyen**
Nonpriority Creditor's Name

**Mainvest**

**485 Foley St**
Number          Street

**Somerville, MA 02145**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $642.91

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.143**

**Thomas Geary**
Nonpriority Creditor's Name

**Mainvest**

**8 Eagle Rock Rd**
Number          Street

**Randolph, MA 02368**
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number  ___ ___ ___ ___          $148.59

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.144**

**Timothy Barta**
Nonpriority Creditor's Name

**Mainvest**

**859 Locust St**
Number          Street

**Lawrence, KS 66044**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $128.59

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.145**

**Tom Moreland**
Nonpriority Creditor's Name

**Mainvest**

**3005 150th Street**
Number          Street

**Urbandale, IA 50323**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $3,214.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.146**

**USD 497**
Nonpriority Creditor's Name

**110 McDonald Drive**
Number          Street

**Lawrence, KS 66049**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1  6  4  4**          $964.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.147**

**Wendy Manning**
Nonpriority Creditor's Name

**Mainvest**

Last 4 digits of account number  ___ ___ ___ ___          $742.91

When was the debt incurred?

**3006 Papermill Rd**

Number | Street

**Barto, PA 19504**

City | State | ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.148** | **Xpress Wellness**

Nonpriority Creditor's Name

**701 Cedar Lake Blvd ste 160**

Number | Street

**Oklahoma City, OK 73114**

City | State | ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3  2  3  3          $75.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.149** | **Zachary Morairty**

Nonpriority Creditor's Name

**Mainvest**

**515 Shadetree Trl**

Number | Street

**Twin Falls, ID 83301**

City | State | ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $742.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | Nathaniel | Thomas | Morsches | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Meghan | Michelle | Morsches | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**[1]** US Attorney
Name
US Courthouse Ste 290
Number       Street
444 SE Quincy Street
Topeka, KS 66683
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of *(Check one):*  ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number   ___ ___ ___ ___

**[2]** NACS
Name
PO Box 182221
Number       Street
Chattanooga, TN 37422
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number   ___ ___ ___ ___

**[3]** US Attorney
Name
US Courthouse Ste 290
Number       Street
444 SE Quincy Street
Topeka, KS 66683
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number   ___ ___ ___ ___

**[4]** Department of Education (DOE)
Name
US Department of Education
Po Box 16448
Number       Street
Saint Paul, MN 55116-0448
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number   ___ ___ ___ ___

**[5]** US Dept. of Education
Name
Business Ops Federal Student Aid 50
United Nations Plaza #1200 Room 1176
Number       Street
San Francisco, CA 94102
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number   ___ ___ ___ ___

**[6]** Arstrat
Name
231 W Main Street
Number       Street
Denison, TX 75021
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number   **D** **3** **7** **5**

**[7]** Credit Control. LLC
Name
PO Box 546
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number   **5** **8** **7** **0**

Case 24-40607   Doc# 1   Filed 08/28/24   Page 74 of 134

**Hazelwood, MO 63042**

| City | State | ZIP Code |

---

**8** | **Midland Credit Management**

Name

**Po Box 2004**

Number     Street

**Warren, MI 48090-2004**

| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.33** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   2   0   0   1

---

**9** | **Central States Recovery**

Name

**PO Box 3130**

Number     Street

**Hutchinson, KS 67504**

| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.97** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**10** | **Merchants' Credit Guide Company**

Name

**209 S La Salle Street Ste 900**

Number     Street

**Chicago, IL 60604-1443**

| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.100** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   3   2   6   7

---

**11** | **Merchants' Credit Guide Company**

Name

**209 S La Salle Street Ste 900**

Number     Street

**Chicago, IL 60604-1443**

| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.101** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   2   9   8   6

---

**12** | **IC Systems Solutions**

Name

**444 Highway 96 East 1000**

Number     Street

**Saint Paul, IL 55127**

| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.103** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**13** | **Assistency, LLC**

Name

**P.O Box 15025**

Number     Street

**Lenexa, KS 66285**

| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.105** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**14** | **Halsted Financial Services**

Name

**8001 Lincoln Ave.**

Number     Street

**Skokie, IL 60077**

| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.121** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   4   7   4   5

---

**15** | **Receivable Managment Group**

Name

**Po Box 6070**

Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.123** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   0   2   5   6

**Columbus, GA 31917-6070**

City        State      ZIP Code

---

**16.** **US Attorney**

Name

**US Courthouse Ste 290**

Number      Street

**444 SE Quincy Street**

**Topeka, KS 66683**

City        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.133** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**17.** **Professional Account Services**

Name

**PO Box 188**

Number      Street

**Brentwood, TN 37024**

City        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.139** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**18.** **Silo Recovery**

Name

**Po Box 671**

Number      Street

**Lawrence, KS 66044-0671**

City        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.146** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __1__ __6__ __4__ __4__

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | | **$0.00** |

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | | **$19,037.22** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | **$1,473,989.39** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | | **$1,493,026.61** |

Fill in this information to identify your case:

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Renaissance Property Management** <br> Name <br> **948 N 1750 Road** <br> Number      Street <br> **Lawrence, KS 66049** <br> City                State    ZIP Code | **Residential Lease** |
| **2.2** **Subando LLC** <br> Name <br> **811 Massachusetts Street** <br> Number      Street <br> **Lawrence, KS 66044** <br> City                State    ZIP Code | **Store lease** |
| **2.3** <br> Name <br> Number      Street <br> City                State    ZIP Code | |
| **2.4** <br> Name <br> Number      Street <br> City                State    ZIP Code | |

Case 24-40607   Doc# 1   Filed 08/28/24   Page 78 of 134

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __**Kansas**__

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number          Street

      _____
      City             State            ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.1 **Barfield , David** | |
|---|---|
| Name | ☐ Schedule D, line _____ |
| **1481 E. 660 Road** | ☑ Schedule E/F, line __**4.133**__ |
| Number          Street | ☐ Schedule G, line _____ |
| **Lawrence, KS 66049** | |
| City      State      ZIP Code | |

| 3.2 **Pool, Paul Matthew** | |
|---|---|
| Name | ☐ Schedule D, line _____ |
| **900 Chalk Hill Ct** | ☑ Schedule E/F, line __**4.133**__ |
| Number          Street | ☑ Schedule G, line __**2.2**__ |
| **Lawrence, KS 66049-3004** | |
| City      State      ZIP Code | |

Case 24-40607    Doc# 1    Filed 08/28/24    Page 79 of 134

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** | |
| | First Name | Middle Name | Last Name | |

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.3** **Trader's Cache Enterprises**<br>Name<br>**504 Arrowhead Dr**<br>Number          Street<br>**Lawrence, KS 66044**<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line<br>**4.7, 4.8, 4.10, 4.12, 4.15, 4.16, 4.17, 4.19, 4.20, 4.21, 4.23, 4.27, 4.28, 4.30, 4.32, 4.35, 4.38, 4.40, 4.46, 4.55, 4.58, 4.76, 4.77, 4.80, 4.87, 4.88, 4.89, 4.90, 4.91, 4.102, 4.108, 4.109, 4.110, 4.111, 4.114, 4.115, 4.117, 4.120, 4.125, 4.126, 4.129, 4.133, 4.136, 4.138, 4.140, 4.145**<br>☑ Schedule G, line ____**2.2**____ |
| **3.4** **Trader's Cache Enterprises**<br>Name<br>**504 Arrowhead Dr**<br>Number          Street<br>**Lawrence, KS 66049**<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line<br>**4.7, 4.8, 4.10, 4.12, 4.15, 4.16, 4.17, 4.19, 4.20, 4.21, 4.23, 4.27, 4.28, 4.30, 4.32, 4.35, 4.38, 4.40, 4.46, 4.55, 4.58, 4.76, 4.77, 4.80, 4.87, 4.88, 4.89, 4.90, 4.91, 4.102, 4.108, 4.109, 4.110, 4.111, 4.114, 4.115, 4.117, 4.120, 4.125, 4.126, 4.129, 4.133, 4.136, 4.138, 4.140, 4.145**<br>☐ Schedule G, line _____ |
| **3.5** **Trader's Cache Enterprises, LLC**<br>Name<br>**504 Arrowhead Dr**<br>Number          Street<br>**Lawrence, KS 66049**<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line<br>**4.1, 4.2, 4.3, 4.5, 4.9, 4.18, 4.22, 4.24, 4.25, 4.26, 4.29, 4.34, 4.36, 4.37, 4.39, 4.41, 4.42, 4.43, 4.44, 4.45, 4.48, 4.49, 4.50, 4.51, 4.52, 4.53, 4.54, 4.56, 4.57, 4.61, 4.62, 4.63, 4.64, 4.65, 4.66, 4.67, 4.68, 4.69, 4.70, 4.71, 4.72, 4.73, 4.74, 4.78, 4.79, 4.81, 4.82, 4.83, 4.84, 4.85, 4.92, 4.93, 4.95, 4.96, 4.106, 4.107, 4.112, 4.116, 4.118, 4.119, 4.127, 4.128, 4.130, 4.131, 4.132, 4.134, 4.135, 4.137, 4.141, 4.142, 4.143, 4.144, 4.147, 4.149**<br>☐ Schedule G, line _____ |

Official Form 106H          Schedule H: Codebtors

| Debtor 1 | Nathaniel | Thomas | Morsches | Case number *(if known)* |
|----------|-----------|--------|----------|---------------------------|
| Debtor 2 | Meghan | Michelle | Morsches | |
| | First Name | Middle Name | Last Name | |

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.6**

**Trader's Cache, LLC**
Name

**504 Arrowhead Dr**

Number      Street

**Lawrence, KS 66049**

City      State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line

**4.1, 4.2, 4.3, 4.5, 4.7, 4.8, 4.9, 4.10, 4.12, 4.16, 4.17, 4.18, 4.19, 4.20, 4.21, 4.22, 4.23, 4.24, 4.25, 4.26, 4.27, 4.28, 4.29, 4.30, 4.32, 4.34, 4.35, 4.36, 4.37, 4.38, 4.39, 4.40, 4.41, 4.42, 4.43, 4.44, 4.45, 4.46, 4.48, 4.49, 4.50, 4.51, 4.52, 4.53, 4.54, 4.55, 4.56, 4.57, 4.58, 4.61, 4.62, 4.63, 4.64, 4.65, 4.66, 4.67, 4.68, 4.69, 4.70, 4.71, 4.72, 4.73, 4.74, 4.76, 4.77, 4.78, 4.79, 4.80, 4.81, 4.82, 4.83, 4.84, 4.85, 4.87, 4.88, 4.89, 4.90, 4.91, 4.92, 4.93, 4.95, 4.96, 4.102, 4.106, 4.107, 4.108, 4.109, 4.110, 4.111, 4.112, 4.114, 4.115, 4.116, 4.117, 4.118, 4.119, 4.120, 4.125, 4.126, 4.127, 4.128, 4.129, 4.130, 4.131, 4.132, 4.134, 4.135, 4.136, 4.137, 4.138, 4.140, 4.141, 4.142, 4.143, 4.144, 4.145, 4.147, 4.149**

☐ Schedule G, line _____

Official Form 106H      **Schedule H: Codebtors**      page 3 of 3

Fill in this information to identify your case:

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
|----------|---------------|------------|--------------|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Meghan** | **Michelle** | **Morsches** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number (if known): _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| Occupation | | **Registered Nurse** | |
| Employer's name | | **Lawrence Memorial Hospital (LMH)** | **Johnson County Clintrials LLC** |
| Employer's address | | **330 Arkansas St** | **16400 College Blvd** |
| | | Number Street | Number Street |
| | | **Billing Department** | |
| | | **Lawrence, KS 66044-1335** | **Lenexa, KS 66219** |
| | | City State Zip Code | City State Zip Code |
| How long employed there? | | _____ | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | **$4,951.66** | **$7,109.53** |
| 3. Estimate and list monthly overtime pay. | 3. | + **$0.00** | + **$0.00** |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | **$4,951.66** | **$7,109.53** |

| Debtor 1 | **Nathaniel** **Meghan** | **Thomas** **Michelle** | **Morsches** **Morsches** | |
|---|---|---|---|---|
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.........................................................➔ | 4. | $4,951.66 | $7,109.53 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $841.32 | $751.92 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $247.59 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $703.47 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: __See additional page__ | 5h. + | $50.87 | + $3.29 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $1,139.78 | $1,458.69 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $3,811.88 | $5,650.84 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $3,811.88 + | $5,650.84 = | $9,462.72 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____      11. +    $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $9,462.72

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Debtor 1  **Nathaniel** **Thomas** **Morsches**
Debtor 2  **Meghan** **Michelle** **Morsches**
          First Name    Middle Name   Last Name

Case number *(if known)* _____

| | Amount |
|---|---|
| 5h. **Other Deductions For Debtor 1** | |
| **cafeteria** | **$50.87** |
| | |
| 5h. **Other Deductions For Debtor 2 or non-filing spouse** | |
| **Group term life** | **$3.29** |

Official Form 106I                    **Schedule I: Your Income**                    page **3**

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Meghan** | **Michelle** | **Morsches** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Kansas** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**

    　　☑ No

    　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ No

    ☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| Child | 15 | ☐ No. ☑ Yes. |
| Child | 12 | ☐ No. ☑ Yes. |
| Child | 11 | ☐ No. ☑ Yes. |
| Child | 8 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No

    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
| --- | --- | --- |
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,500.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $20.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $75.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| | Your expenses |
|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans   5. | $0.00 |
| 6. **Utilities:** | |
|    6a. Electricity, heat, natural gas   6a. | $350.00 |
|    6b. Water, sewer, garbage collection   6b. | $150.00 |
|    6c. Telephone, cell phone, Internet, satellite, and cable services   6c. | $351.00 |
|    6d. Other. Specify: **See Additional Page**   6d. | $195.00 |
| 7. **Food and housekeeping supplies**   7. | $1,600.00 |
| 8. **Childcare and children's education costs**   8. | $300.00 |
| 9. **Clothing, laundry, and dry cleaning**   9. | $220.00 |
| 10. **Personal care products and services**   10. | $200.00 |
| 11. **Medical and dental expenses**   11. | $290.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12. | $600.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. | $400.00 |
| 14. **Charitable contributions and religious donations**   14. | $0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
|    15a. Life insurance   15a. | $26.00 |
|    15b. Health insurance   15b. | $600.00 |
|    15c. Vehicle insurance   15c. | $144.00 |
|    15d. Other insurance. Specify: _____   15d. | $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____   16. | $0.00 |
| 17. **Installment or lease payments:** | |
|    17a. Car payments for Vehicle 1 **2016 Ford Fiesta**   17a. | $167.00 |
|    17b. Car payments for Vehicle 2 **2017 Chrysler Pacifica**   17b. | $389.00 |
|    17c. Other. Specify: **Automobile registration/Tag**   17c. | $40.00 |
|    17d. Other. Specify: _____   17d. | $0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18. | $0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: **School Expenses**   19. | $1,300.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
|    20a. Mortgages on other property   20a. | $0.00 |
|    20b. Real estate taxes   20b. | $0.00 |
|    20c. Property, homeowner's, or renter's insurance   20c. | $0.00 |
|    20d. Maintenance, repair, and upkeep expenses   20d. | $0.00 |
|    20e. Homeowner's association or condominium dues   20e. | $0.00 |

21. **Other.** Specify: <u>See Additional Page</u>                21.  +  _____ **$1,550.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                22a.  _____ **$10,467.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2                22b.  _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.                22c.  _____ **$10,467.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*                23a.  _____ **$9,462.72**

    23b. Copy your monthly expenses from line 22c above.                23b.  − _____ **$10,467.00**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                23c.  _____ **($1,004.28)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.        None

Debtor 1   **Nathaniel**   **Thomas**   **Morsches**
Debtor 2   **Meghan**   **Michelle**   **Morsches**
       First Name     Middle Name     Last Name

Case number *(if known)* _____

| | Amount |
|---|---:|
| 6a. **Electricity, heat, natural gas** | |
| Electricity | $250.00 |
| Heating Fuel/Gas | $100.00 |
| 6c. **Telephone, cell phone, Internet, satellite, and cable services** | |
| Telephone | $170.00 |
| Cable TV | $106.00 |
| Internet | $75.00 |
| 6d. **Other Utilities** | |
| Storage unit | $95.00 |
| Lawn Care | $100.00 |
| 7. **Food and housekeeping supplies** | |
| Food Groceries | $1,300.00 |
| Meals during Workdays | $300.00 |
| 9. **Clothing, laundry, and dry cleaning** | |
| Laundry and Dry Cleaning | $20.00 |
| Clothing | $200.00 |
| 10. **Personal care products and services** | |
| Toiletries | $100.00 |
| Haircuts | $100.00 |
| 21. **Other** | |
| Pet Expenses | $250.00 |
| school expenses | $1,300.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Meghan** | **Michelle** | **Morsches** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Kansas** |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................ | **$33,411.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................. | **$33,411.00** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$14,416.87** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$1,493,026.61** |
| **Your total liabilities** | **$1,507,443.48** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*....................................................................... | **$9,462.72** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*............................................................................ | **$10,467.00** |

Official Form 106Sum     **Summary of Your Assets and Liabilities and Certain Statistical Information**     page 1 of 2

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   [_____]

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 2 of 2

Fill in this information to identify your case:

Debtor 1    **Nathaniel**     **Thomas**     **Morsches**
First Name     Middle Name     Last Name

Debtor 2    **Meghan**     **Michelle**     **Morsches**
(Spouse, if filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     **District of Kansas**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Nathaniel Thomas Morsches**      X **/s/ Meghan Michelle Morsches**
Nathaniel Thomas Morsches, Debtor 1      Meghan Michelle Morsches, Debtor 2

Date **08/26/2024**           Date **08/26/2024**
MM/ DD/ YYYY               MM/ DD/ YYYY

Official Form 106Dec      Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To _____ | _____<br>Number   Street | From _____<br>To _____ |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To _____ | _____<br>Number   Street | From _____<br>To _____ |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case 24-40607    Doc# 1    Filed 08/28/24    Page 92 of 134

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$35,392.43** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$28,112.17** |
| **For last calendar year:** (January 1 to December 31, **2023** ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$58,782.21** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$39,915.78** |
| **For the calendar year before that:** (January 1 to December 31, **2022** ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$85,849.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:** (January 1 to December 31, **2023** ) YYYY | **2022 FED Tax Refund** **2022 KS Tax Refund** | **$9,028.00** **$918.00** | _____ | _____ |
| **For the calendar year before that:** (January 1 to December 31, **2022** ) YYYY | **2021 Fed Tax Refunds** **2021 KS Tax Refunds** | **$12,163.00** **$3,174.00** | _____ | _____ |

**Part 3:**  List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes.    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Barfield , Cathy** | **07/16/2024** | **$2,000.00** | | ☐ Mortgage |
| Creditor's Name | | | | ☐ Car |
| **1481 E 600 Rd.** | **06/14/2024** | | | ☐ Credit card |
| Number    Street | | | | ☑ Loan repayment |
| **Lawrence, KS 66049** | | | | ☐ Suppliers or vendors |
| City    State    ZIP Code | | | | ☐ Other _____ |
| **Pool, Matthew** | **08/08/2024** | **$696.73** | | ☐ Mortgage |
| Creditor's Name | | | | ☐ Car |
| **900 Chalk Hill Ct.** | | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **Lawrence, KS 66049** | | | | ☐ Suppliers or vendors |
| City    State    ZIP Code | | | | ☑ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title    **Bank of America, N.A.** | | **Douglas County District Court**<br>Court Name | ☐ Pending |
| | | | ☐ On appeal |
| Case number   **DG-2024-LM-001139** | | **111 East 11th Street**<br>Number    Street | ☑ Concluded |
| | | **Lawrence, KS 66044**<br>City    State    ZIP Code | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

Creditor's Name

| Explain what happened |
|---|

Number    Street

☐ Property was repossessed.

☐ Property was foreclosed.

☐ Property was garnished.

City    State    ZIP Code

☐ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Case 24-40607    Doc# 1    Filed 08/28/24    Page 96 of 134

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Person to Whom You Gave the Gift

Number     Street

City          State    ZIP Code

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Bert Nash Community Mental Health Center**<br>Charity's Name | | | **$996.00** |
| **200 Maine St.**<br>Number    Street | | | |
| **Lawrence, KS 66044**<br>City     State    ZIP Code | | | |

---

**Part 6:** List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:**   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **John R. Hooge Attorney at Law** <br> Person Who Was Paid | | | **$6,000.00** |
| **2619 W 6th St Ste D** <br> Number   Street | | | |
| **Lawrence, KS 66049-4300** <br> City      State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Abacus Credit Counseling** <br> Person Who Was Paid | **Counseling** | | **$25.00** |
| **15760 Ventura Blvd Ste 700** <br> Number   Street | | | |
| **Encino, CA 91436-3016** <br> City      State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ <br> Person Who Was Paid | | | |
| _____ <br> Number   Street | | | |
| _____ <br> City      State    ZIP Code | | | |

| Debtor 1 | Nathaniel | Thomas | Morsches |
| Debtor 2 | Meghan | Michelle | Morsches |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Barfield, Cathy**<br>Person Who Received Transfer<br><br>**1481 E. 660 Road**<br>Number    Street<br><br>**Lawrence, KS 66049**<br>City            State    ZIP Code<br><br>Person's relationship to you | **2023 Tax Refund assigned to repay loan**<br>**used to pay bankruptcy attorney fees** | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**

(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

---

**Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number**   **Street**<br><br>_____<br>**City**   **State**   **ZIP Code** | XXXX– ____ ____ ____ ____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number**   **Street**<br><br>_____<br>**City**   **State**   **ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number**   **Street**<br><br>_____<br>**City**   **State**   **ZIP Code** | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Blue Sky Self Storage**<br>**Name of Storage Facility**<br><br>**412 N Iowa Street**<br>**Number**   **Street**<br><br>**Lawrence, KS 66044**<br>**City**   **State**   **ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number**   **Street**<br><br>_____<br>**City**   **State**   **ZIP Code** | **Christmas Decorations, Luggage, Ice coolers and Furniture** | ☐ No<br>☑ Yes |

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State    ZIP Code | _____<br>Number    Street<br><br>_____<br>City               State     ZIP Code | | _____ |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site<br><br>_____<br>Number     Street<br><br>_____<br>City          State    ZIP Code | _____<br>Governmental unit<br><br>_____<br>Number     Street<br><br>_____<br>City               State     ZIP Code | | _____ |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Case 24-40607    Doc# 1    Filed 08/28/24    Page 101 of 134

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** _____ | **Governmental unit** _____ | | _____ |
| **Number  Street** _____ | **Number  Street** _____ | | |
| | **City  State  ZIP Code** _____ | | |
| **City  State  ZIP Code** _____ | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | **Court Name** _____ | | ☐ Pending |
| _____ | **Number  Street** _____ | | ☐ On appeal |
| **Case number** _____ | **City  State  ZIP Code** _____ | | ☐ Concluded |

---

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** _____ | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number  Street** _____ | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City  State  ZIP Code** _____ | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| | Date issued |
|--|--|

**Mainvest**
_____
**Name**

_____
**MM / DD / YYYY**

**81 Washington Street 201**
_____
**Number     Street**

_____

**Salem, MA 01970**
_____
**City                     State     ZIP Code**

---

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X** /s/ Nathaniel Thomas Morsches          **X** /s/ Meghan Michelle Morsches
_____              _____
Signature of Nathaniel Thomas Morsches, Debtor 1     Signature of Meghan Michelle Morsches, Debtor 2

Date **08/26/2024**                          Date **08/26/2024**


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
|----------|---------------|------------|--------------|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Meghan** | **Michelle** | **Morsches** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Kansas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                    **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Commerce Bank**<br><br>Description of property securing debt: **2016 Ford Fiesta** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **Ally Bank**<br><br>Description of property securing debt: **2017 Chrysler Pacifica** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Subando LLC | ☑ No ☐ Yes |
| Description of leased property: Store lease | |
| Lessor's name: Renaissance Property Management | ☑ No ☐ Yes |
| Description of leased property: Residential Lease | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Nathaniel Thomas Morsches**          X **/s/ Meghan Michelle Morsches**

Signature of Debtor 1                        Signature of Debtor 2

Date **08/26/2024**                          Date **08/26/2024**
     MM/ DD/ YYYY                                 MM/ DD/ YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

**In re**     Morsches, Nathaniel Thomas

Morsches, Meghan Michelle                    Case No. _____

**Debtor**                                        Chapter _____ 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................... **$6,000.00**

Prior to the filing of this statement I have received ........................................................................ **$6,000.00**

Balance Due .................................................................................................................................... **$0.00**

2.     The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.     The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.     ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **08/26/2024** | **/s/ John Robert Hooge** |
|---|---|
| *Date* | John Robert Hooge |
| | *Signature of Attorney* |

Bar Number: 09798
John R. Hooge Attorney at Law, P.A.
2619 W 6th St ste D
Lawrence, KS 66049
Phone: (785) 842-1138

**John R. Hooge Attorney at Law, P.A.**
*Name of law firm*

Case 24-40607   Doc# 1   Filed 08/28/24   Page 107 of 134

Fill in this information to identify your case:

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Meghan** | **Michelle** | **Morsches** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)  **12/15**

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Go to line 3.

      ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

Case 24-40607    Doc# 1    Filed 08/28/24    Page 108 of 134

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Meghan** | **Michelle** | **Morsches** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number (if known): _____

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income 12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | |
| Ordinary and necessary operating expenses | - _____ | - _____ | |
| Net monthly income from a business, profession, or farm | _____ | _____ | Copy here → |

_____   _____

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | |
| Ordinary and necessary operating expenses | - _____ | - _____ | |
| Net monthly income from rental or other real property | _____ | _____ | Copy here → |

_____   _____

7. **Interest, dividends, and royalties** _____   _____

Case 24-40607    Doc# 1    Filed 09/26/24    Page 109 of 134

| | Debtor 1 | Nathaniel | Thomas | Morsches |
|---|---|---|---|---|
| | Debtor 2 | Meghan | Michelle | Morsches |

First Name     Middle Name     Last Name

Case number *(if known)* _____

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................. ↓

For you.......................................................................

For your spouse.........................................................

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.     + _____     + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

_____ + _____ = _____

**Total current monthly income**

<div style="background:black;color:white;">**Part 2:**</div> Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11................................................................. **Copy line 11 here →** _____

    Multiply by 12 (the number of months in a year).     **x 12**

12b. The result is your annual income for this part of the form.     12b. _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. _____

Fill in the number of people in your household. _____

Fill in the median family income for your state and size of household.................................................. 13. _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
    Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
    Go to Part 3 and fill out Form 122A–2.

Case 24-40607     Doc# 1     Filed 08/28/24     Page 110 of 134

| Debtor 1 | **Nathaniel** | **Thomas** | **Morsches** |
| Debtor 2 | **Meghan** | **Michelle** | **Morsches** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 3: | Sign Below |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Nathaniel Thomas Morsches**

Signature of Debtor 1

Date **08/26/2024**
　　　MM/　DD/　YYYY

X  **/s/ Meghan Michelle Morsches**

Signature of Debtor 2

Date **08/26/2024**
　　　MM/　DD/　YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**TOPEKA DIVISION**

IN RE: **Morsches, Nathaniel Thomas**
      **Morsches, Meghan Michelle**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **08/26/2024**      Signature          **/s/ Nathaniel Thomas Morsches**
                                                          Nathaniel Thomas Morsches, Debtor

Date    **08/26/2024**      Signature          **/s/ Meghan Michelle Morsches**
                                                          Meghan Michelle Morsches, Joint Debtor

Aaron Paden
Mainvest
1208 Delaware St
Lawrence, KS 66044

Adam Vainder
Mainvest
2022 Wheaton Haven Ct
Silver Spring, MD 20902

Adewale Aliyu
Mainvest
3407 Cricket Ln
East Walpole, MA 02032

Advent Health
East Frontage Rd ste 200
Merriam, KS 66204

Agatha Awuah
Mainvest
357 Westlind Rd
Syracuse, NY 13219

AidVantage
PO Box 4450
Portland, OR 97208-4450

Alexander Springer
Mainvest
7100 W 74th St
Overland Park, KS 66204

Ally Bank
PO Box 380901
Minneapolis, MN 55438

Angela Skerston
Mainvest
1400 George Ct. 1
Lawrence, KS 66044

Anthony Bozanich
Mainvest
623 W 170th St Apt 5A
New York, NY 10032

Anthony Pandino
Mainvest
16045 Woodend Rd
Bonner Springs, KS 66012

APRI A
PO Box 802826
Chicago, IL 60680

April Campbell
Mainvest
423 Rene Levy
San Antonio, TX 78227

Arstrat
231 W Main Street
Denison, TX 75021

Assistency, LLC
P.O Box 15025
Lenexa, KS 66285

Bank of America
PO Box 851001
Dallas, TX 75285

David Barfield
1481 E. 660 Road
Lawrence, KS 66049


Bluevine
401 Warren Street 300
Jersey City, NJ 07302


Bradley Carpenter
Mainvest
900 N Woodridge Ln
Liberty, MO 64068


Brandon Gentry
Mainvest
2912 Fleet Dr. Apt 2
Austin, TX 78748


Brandon Volz
Mainvest
1634 Bob White Dr
Lawrence, KS 66047


Breian Wells
Mainvest
11744 W 81st Ave
Arvada, CO 80005


Brennan Clark
Mainvest
4221 Saddlehorn Dr.
Lawrence, KS 66049


Brent Horner
Mainvest
40 Pine Cone Way
Boise, ID 83716

Brent Jones
Mainvest
2605 Poppy Dr
Loveland, OH 45140

Brian Alfers
Mainvest
901 Avalon Rd Apt M
Lawrence, KS 66044

Brian Edwards
Mainvest
303 S Broadway Ave
Wichita, KS 67202

Brianna McCarty
Mainvest
14 Sterling Pl Fl 3
Brooklyn, NY 11217

Carl Onuchovsky
Mainvest
20 Sycamore Dr
Medford, NJ 08055

Central States Recovery
PO Box 3130
Hutchinson, KS 67504

Chad Beatty
Mainvest
3414 Trail Rd
Lawrence, KS 66049

Chad Fridley
Mainvest
7874 Graves St
Fort Riley, KS 66442

Charles Morris
Mainvest
7557 Stoney Run Dr Unit 301
Hanover, MD 21076


Charles Sheppard
Mainvest
717 Ann Ave
Harrisonville, MO 64701


Children's Mercy
PO Box 804435
Kansas City, MO 64108


Christopher Mann
Mainvest
5835 Robinson Dr
Lawrence, KS 66049


Citibank
PO Box 78045
Phoenix, AZ 85062


Colin Fredericks
Mainvest
32 Regent Rd
Malden, MA 02148


Colin Schafer
Mainvest
24 Station Rd
Salem, MA 01970


Commerce Bank
PO Box 413658
Kansas City, MO 64141-3658

Craig Smith
Mainvest
9142 Richmond Hwy. 429
Fort Belvoir, VA 22060


Credit Control. LLC
PO Box 546
Hazelwood, MO 63042


Crystal Patterson
Mainvest
317 Settlers Dr
Lawrence, KS 66049


Daniel Ring
Mainvest
4932 Arctic Ter
Rockville, MD 20853


Darrius Thompson
Mainvest
1366 Saint Johns Pl
Brooklyn, NY 11213


David Barfield
Mainvest
1481 E 660th Rd
Lawrence, KS 66049


Dawn-Marie Black
Mainvest
3704 Highway K 68
Ottawa, KS 66067


Deanna Fisher
Mainvest
1032 Saint Pauls Dr
Waldorf, MD 20602

Department of Education
(DOE)
US Department of Education
Po Box 16448
Saint Paul, MN 55116-0448


Derrick Jones
Mainvest
8920 Cuevita Oeste Dr NE
Albuquerque, NM 87122


Drew Salsbury
Mainvest
308 S Lincoln St
Marion, KS 66861


Edward Shannon
Mainvest
265 N Schiller St
Palatine, IL 60067


Elijah De Vougas
Mainvest
4220 Hutchinson River Pkwy E
Bronx, NY 10475


EMBCC Patient Services
Po Box 650763
Dallas, TX 75265-0763


Emily Casey
Mainvest
2310 Orchard Ln
Lawrence, KS 66049


Eric Dowdle
Mainvest
89 Devir St
Malden, MA 02148

Eric Huerter
Mainvest
4031 W 14th St
Lawrence, KS 66049

Eric Moore
Mainvest
3336 W 8th St
Lawrence, KS 66049

Eric Reid
Mainvest
17281 S Kimble St
Olathe, KS 66062

Erick Gabriel Suarez Nunez
Mainvest
429 Jackson Ave Apt 2
Redwood City, CA 94061

Felicia Afuan
Mainvest
3600 S Glebe Rd unit 918
Arlington, VA 22202

Grant Holmes
Mainvest
1444 Iron St.
Bellingham, WA 98225

Greg Briggs
Mainvest
9397 Springfield Rd
Tremont, IL 61568

Gregory Lellis
Mainvest
207 Castlepointe Ct Unit 307
Weaverville, NC 28787

Halsted Financial Services
8001 Lincoln Ave.
Skokie, IL 60077


Hari Akula
Mainvest
13710 Maple Sugar Ln
Herndon, VA 20171


Heartland Community Health
Center
1312 W 6th ST
Lawrence, KS 66044


Helianis Quijada Salazar
Mainvest
411 15th St Apt K
Brooklyn, NY 11215


Ian Wellinghurst
Mainvest
8 Garden St
Tequesta, FL 33469


IC Systems Solutions
444 Highway 96 East 1000
Saint Paul, IL 55127


Internal Revenue Service
Insolvency Administration
Po Box 7346
Philadelphia, PA 19101-7346


Irene Soderstrom
Mainvest
2961 Whitmore Dr.
Lawrence, KS 66046

Jack Carroll
Mainvest
5849 Prince George Ct
Saint Louis, MO 63139


Jack Plumley
Mainvest
12004 Terra Ln
Bowie, MD 20715


Jacob Larson
Mainvest
1414 Connecticut
Lawrence, KS 66044


James Coffman
Mainvest
806 Maple St
Eudora, KS 66025


James Leppert
Mainvest
55 Forrester St
Salem, MA 01970


Jamie Rees
Mainvest
751 Lawrence Ave
Lawrence, KS 66049


Jane Elliott
Mainvest
3031 Oxford Cir
Lawrence, KS 66049


Janis Pool
Mainvest
3504 W 7th Ct
Lawrence, KS 66049

January Batcheler
Mainvest
2493 W Fredrickson Dr
Olathe, KS 66061

Jason Kropp
Mainvest
2642 28th St Apt 1
Astoria, NY 11102

Jason Norris
Mainvest
2308 Ziner Cir S
Grove City, OH 43123

Jerremy Robbins
647 Country Club Terr.
Lawrence, KS 66049

Joanna Tefft
Mainvest
1333 E 1600 Rd
Lawrence, KS 66046

John Figgs-hoard
Mainvest
2457 Alabama St
Lawrence, KS 66046

John Harris
Mainvest
1712 E 25th Ter
Lawrence, KS 66046

John Snow
Mainvest
9072 Little Garden Way
Mechanicsville, VA 23116

John Stevens
Mainvest
642 President St 1L
Brooklyn, NY 11215

Jonathan Williams
Mainvest
493 Lincoln Pl
Brooklyn, NY 11238

Jordan Emerson
Mainvest
1578 N Hunter Dr
Olathe, KS 66061

Julie Sailors
Mainvest
2328 Brett Dr
Lawrence, KS 66049

Justin Kimbler
Mainvest
12211 Seven Hills Ln
Clifton, VA 20124

Kaliesha Pollard
Mainvest
8700 Gustine Ln Apt 2806
Houston, TX 77031

Kansas Department of Revenue
Insolvency Administration
PO Box 7346
Topeka, KS 66601

Kansas Medical Clinic
PO Box 255
Manhattan, KS 66503

Katherine Stephenson
Mainvest
1341 Pennsylvania St
Lawrence, KS 66044


Keegan Lowry
Mainvest
14017 Fontana St
Leawood, KS 66224


Kendo & Kaichi LLC
Mainvest
1309 Coffeen Ave Ste 1200
Sheridan, WY 82801


Kenneth Kauffman
Mainvest
7116 W Morgan Ave.
Hutchinson, KS 67501


Kevin Boisclair
Mainvest
162 Christopher St
New York, NY 10014


Kevin King
Mainvest
18796 Birdwood Ct
Leesburg, VA 20176


Kevin McIntyre
Mainvest
5401 W 134th St Apt 1015
Overland Park, KS 66209


Kindred CPA, LLC
221 E 8th Street Ste A
Lawrence, KS 66044

Kristen Rhoads
Mainvest
1980 N 1250th Rd
Eudora, KS 66025

Laurie Daviau
Mainvest
1002 Village River Dr
Knightdale, NC 27545

Lawrence Anesthesia PA
PO Box 545
Lawrence, KS 66044

Lawrence Anesthesia PA
330 Arkansas Street 210
Lawrence, KS 66044

Lawrence Clinical Laboratory
Chartered
325 Main Street
Lawrence, KS 66044

Lawrence Emergency Medical
Associates
PO Box 269031
Oklahoma City, OK 73126

Leah Larson
Mainvest
1715 Vermont St
Lawrence, KS 66044

LMH Health
325 Maine
Lawrence, KS 66044

LMH Health
PO Box 15025
Lenexa, KS 66285


Lynn Porfirio
Mainvest
17126 Stone Stile Dr
Friendswood, TX 77546


Marc Barr
Mainvest
265 Edie Rd
Saratoga Springs, NY 12866


Matt Borger
Mainvest
960 N Clinton St
Olathe, KS 66061


Megan Elliott
Mainvest
43241 Stonewall Pond St
Chantilly, VA 20152


Merchants' Credit Guide
Company
209 S La Salle Street Ste 900
Chicago, IL 60604-1443


Micah Blake
Mainvest
11708 W 69th Ter
Shawnee, KS 66203


Michael Dymond
Mainvest
42290 Brownstone Dr
Novi, MI 48377

Michael Miller
Mainvest
3008 Ozark Cir
Chattanooga, TN 37415


Midland Credit Management
Po Box 2004
Warren, MI 48090-2004


Midland Group
PO Box 3570
Lawrence, KS 66046


Mike Inich
Mainvest
16209 Margie Ln
Basehor, KS 66007


Miranda Kersten
Mainvest
5408 El Encanto Pl NE
Albuquerque, NM 87110


NACS
PO Box 182221
Chattanooga, TN 37422


Nels Wadycki
Mainvest
3843 N Hamilin Ave
Chicago, IL 60618


Noah Hosford
Mainvest
900 Delaware St Apt 401
Lawrence, KS 66044

Oather Strawderman
Mainvest
524 Boulder st
Lawrence, KS 66049


Patrick Patrick
Mainvest
PO Box 957
Provincetown, MA 02657


Paul Adams
Mainvest
204 Weston Dr.
Liberty Hill, TX 78642


Pendrick Capital Partners, LLC
2331 Mil Rd
Alexandria, VA 22314


Paul Matthew Pool
900 Chalk Hill Ct
Lawrence, KS 66049-3004


Professional Account Services
PO Box 188
Brentwood, TN 37024


Quest Diagnostics
PO Box 740780
Cincinnati, OH 45274


Radiologic Professional
Services
Po Box 1103
Wichita, KS 67201-1103

Radiology Associates
PO Box 162790
Altamonte Springs, FL 32716

Rae Hudspeth
Mainvest
2203 Kingston Dr
Lawrence, KS 66049

Rayelle Miller
Mainvest
766 Fairfax Ave.
Oregon, WI 53575

Rebecca Dice
Mainvest
1306 Juniper Ct
Eudora, KS 66025

Receivable Managment Group
Po Box 6070
Columbus, GA 31917-6070

Renaissance Property
Management
948 N 1750 Road
Lawrence, KS 66049

Renee Babin
Mainvest
PO Box 1978
Lawrence, KS 66044

Robert Hollowell
Mainvest
14 Dartmouth Dr
Lewes, DE 19958

Roxanne Rachlin
Mainvest
530 Pioneer Rd
Lawrence, KS 66049

Rudy Rodriguez
Mainvest
10802 W 49th St
Shawnee, KS 66203

Ryan Wojciechowski
Mainvest
327 N Marshall St
Allentown, PA 18104

SBA Economic Injury Disaster
Loan
US Small Business Administration
10675 Bedford Ave ste 100 Suite 100
Omaha, NE 68127

Scott Kemme
Mainvest
318 E 19th St
Lawrence, KS 66046

Sean Fulton
Mainvest
15600 Kassler St
Overland Park, KS 66221

Sean Gordon
Mainvest
1102 Hopewell Rd
Downingtown, PA 19335

Sean Navarro
Mainvest
620 Stonegate Ct
Lawrence, KS 66049

Sheila Metzger
Mainvest
3529 N Halstead St
Hutchinson, KS 67502

Silo Recovery
Po Box 671
Lawrence, KS 66044-0671

Siloam Springs Regional
Hospital
PO Box 842393
San Antonio, TX 78284

Steven Davis
Mainvest
1946 Kensington Dr
Leavenworth, KS 66048

Steven Litavsky
Mainvest
71 Citation Dr
Henrietta, NY 14467

Subando LLC
811 Massachusetts Street
Lawrence, KS 66044

Thien Nguyen
Mainvest
485 Foley St
Somerville, MA 02145

Thomas Geary
Mainvest
8 Eagle Rock Rd
Randolph, MA 02368

Timothy Barta
Mainvest
859 Locust St
Lawrence, KS 66044


Tom Moreland
Mainvest
3005 150th Street
Urbandale, IA 50323


Trader's Cache Enterprises
504 Arrowhead Dr
Lawrence, KS 66044


Trader's Cache Enterprises
504 Arrowhead Dr
Lawrence, KS 66049


Trader's Cache Enterprises, LLC
504 Arrowhead Dr
Lawrence, KS 66049


Trader's Cache, LLC
504 Arrowhead Dr
Lawrence, KS 66049


US Attorney
US Courthouse
444 SE Quincy Street Ste 290
Topeka, KS 66683


US Dept. of Education
Business Ops
Federal Student Aid 50
United Nations Plaza #1200 Room 1176
San Francisco, CA 94102

USD 497
110 McDonald Drive
Lawrence, KS 66049


Wendy Manning
Mainvest
3006 Papermill Rd
Barto, PA 19504


Xpress Wellness
701 Cedar Lake Blvd ste 160
Oklahoma City, OK 73114


Zachary Morairty
Mainvest
515 Shadetree Trl
Twin Falls, ID 83301